## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Your affiant, Meghan Blasi, has been a Special Agent with the United States Capitol Police (USCP) since January 2007. Your affiant is currently assigned to the USCP's Threat Assessment Section. Your affiant attended Criminal Investigations Training in 2012 at the Federal Law Enforcement Training Center in Brunswick, Georgia, and Uniformed Police Training in 2007 at the Federal Law Enforcement Training Centers in Brunswick, Georgia and Cheltenham, Maryland, for a combined period of nine months. Your affiant has received extensive formal and on-the-job training in the provisions of Title 18 of the United States Code.

2. Your affiant has been the case agent in numerous investigations involving threats to members of Congress and their staff. Your affiant has received specialized training regarding, and have personally participated in, various types of investigative activities, including, but not limited to, the following: (a) the debriefing of defendants, witnesses, informants, and other individuals who have knowledge concerning violations of federal laws; (b) the execution of search warrants; and (c) the handling and maintenance of evidence.

3. The statements made in this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other law enforcement officers; (c) my review of information provided to me and other law enforcement officers by the subject of a threat; (d) my review of a consensually monitored conversation; and (e) the training and experience of myself and other law enforcement agents and officers.

4. Based on the below described investigation, your affiant submits there is probable cause to believe that Michael BOGOSLAVSKI has committed a violation of 18 U.S.C.

§ 875 (transmits in interstate commerce any communication containing any threat to injure the person of another). This Affidavit is made for the limited purpose of establishing probable cause to believe that Michael BOGOSLAVSKI violated 18 U.S.C. § 875 and does not include each and every fact known to your affiant.

## PROBABLE CAUSE

5. On or about February 2, 2015, Victim A, a staff member in the United States Senate and spouse of Michael BOGOSLAVSKI, reported to me that earlier in the day Victim A had received a series of threatening cellular text messages from BOGOSLAVSKI that stated he was planning to come to Victim A's work place in the United States Capitol Building in Washington, D.C. and commit violent acts against Victim A and others. Victim A allowed me to view Victim A's cellular telephone and take screen shots of these messages. The following are excerpts from these messages and messages Victim A sent in response on February 2, 2015 between approximately 9:00 a.m. and 12:00 a.m.:

| | |
|---|---|
| BOGOSLAVSKI: | U know what in gonna come to ur job right now and you can tell me to my face. |
| BOGOSLAVSKI: | I hope you call security maybe your BOYFRIEND [REDACTED]. [Your affiant confirmed with Victim A that "[REDACTED]" is a sworn USCP officer known to Victim A] |
| BOGOSLAVSKI: | I will shoot that nigga in the FUCKING FACE. |
| Victim A: | You come to my job on some crazy PTSD, I will file for divorce. Your choice. |
| BOGOSLAVSKI: | When I come divorce won't help. Cause I'm making the news today. |
| BOGOSLAVSKI: | I SWEAR TO WHAT EVER GOD YOU BELIEVE IN. |

| | |
|---|---|
| BOGOSLAVSKI: | Gun in each hand. |
| BOGOSLAVSKI: | Probably won't make it all the way up but u will get my last point I will ever make. |
| BOGOSLAVSKI: | Someone is going on be greaving [sic] for their family members today. |
| BOGOSLAVSKI: | Including my family. |
| BOGOSLAVSKI: | I PROMISE YOU THAT. |
| BOGOSLAVSKI: | And I have a rifle as well so it's on. |
| BOGOSLAVSKI: | U DID THIS WHEN THEY ASK REMEMBER THAT. |
| BOGOSLAVSKI: | Another one statistic. |
| BOGOSLAVSKI: | You can call my dad and tell him as well cause he won't hear from me anymore. |
| BOGOSLAVSKI: | I'm sending him a text to ask you why. |
| Victim A: | Don't do it…. |
| BOGOSLAVSKI: | TOO LATE LEAVING THE GYM TO GET THE RIFLE NOW. |
| BOGOSLAVSKI: | And then dicks for more ammo. |
| BOGOSLAVSKI: | IM COMING AND SHOOTING ANYONE IN MY FUCKING WAY. |
| BOGOSLAVSKI: | Easy way out you will see all those crazy thoughts I was telling you about. |
| BOGOSLAVSKI: | You don't want to be my equal I don't want to feel like this but now I'm in tunnel vision. |

6. While your affiant was interviewing Victim A, BOGOSLAVSKI called Victim A and made additional threatening statements over the telephone which your Affiant heard

3



via speaker phone. BOGOSLAVSKI stated: "I'm going to come up there and shoot everyone in my fucking way. I'm going to die suicide by cop. I don't give a fuck."

7. Upon receipt of these reported threats, USCP alerted federal, state, and local law enforcement, in order to locate BOGOSLAVSKI. Members of the Cheverly (Maryland) Police Department responded to BOGOSLAVSKI's residence at 2715 Lake Avenue, Cheverly, Maryland 20785, where they took BOGOSLAVSKI into custody when they observed him exiting his vehicle and approaching his house.

8. Your affiant and agents from the Federal Bureau of Investigation conducted an interview of BOGOSLAVSKI at the Cheverly (Maryland) Police Station. BOGOSLAVSKI was read his *Miranda* rights. BOGOSLAVSKI refused to sign an acknowledgement form but agreed to speak with your affiant and the FBI agents. BOGOSLAVSKI stated he was suffering from Post-Traumatic Stress Disorder (PTSD), having issues sleeping, and was feeling frustrated adjusting to civilian life after serving in the U.S. Army. BOGOSLAVSKI admitted to having two handguns in his residence and two assault rifles located at a friend's house in North Carolina. BOGOSLAVSKI stated he was in Maryland at the time he sent the text messages described above and was coming home from the gym.

9. BOGOSLAVSKY was signed into Prince George's Hospital in Cheverly, Maryland by Cheverly (Maryland) Police under an Emergency Petition on February 2, 2015. He is scheduled to be evaluated by a doctor at approximately 10:00 am on February 3, 2015, and he may be subject to release after this evaluation.

10. On February 2, 2015, Prince George County (Maryland) Circuit Judge Leo Green issued a search warrant for BOGOSLAVSKI's residence at 2715 Lake Avenue,



Cheverly, Maryland 20785. The Cheverly (Maryland) Police Department, USCP agents, and FBI agents conducted a search and found two handguns—a Taurus .40 caliber model 740 with six rounds in the magazine and a Springfield Armory .45 caliber with no model number visible and seven rounds in the magazine—and multiple additional rounds of ammunition.



## CONCLUSION

12. Based on the foregoing, your affiant submits that probable cause has been established that BOGOSLAVSKI, did, on or about February 2, 2015, transmit in

interstate commerce communications that contained threats to injure the persons of others, in violation of 18 U.S.C. § 875(c).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Special Agent Meghan Blasi
United States Capitol Police

Sworn and subscribed before me this 3rd day of February 2015.

_____
William Connellu
United States Magistrate Judge